UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Criminal No. 5:03-CR-200-F
Civil No. 5:10-CV-99-F

| | | |
|---|---|---|
| ANTOINE MYLES | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |


Having conducted an examination of petitioner's motion pursuant to Rule 4(b) of the Rules

Governing § 2255 Proceedings and it appearing that dismissal is not warranted at this time, the

United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255

Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion

to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED.

This the 4th day of June, 2010.

James C. Fox
Senior United States District Judge